# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HANSON BOYKINS

NO. 2019 KW 0809

**SEP 0 3 2019**

---

In Re:   Hanson Boykins, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 84477.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT